**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MURAD WYSINGER, | ) | NO. CV 10-4568-SVW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| GEORGE A. NEOTTI, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: November 10, 2010.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE